UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>JUAN JOSE CALLE,<br><br>         Defendant. | No.  CR 11-00853-CAS<br><br>~~[Proposed]~~ ORDER |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     The conditions of pre-trial release entered on August 4, 2011, shall be modified as follows:

     Defendant Juan Jose Calle shall be permitted to travel to Peru on or about July 31, 2013 and remain there until on or about August 26, 2013, provided that, prior to leaving on this trip to Peru, defendant provides to his assigned pre-trial services officer

     (a)   his itinerary setting forth the dates of his travel
           including his return travel to Los Angeles, the locations
           where he intends to reside while traveling, and contact
           information, including telephone numbers, of the

1

[PROPOSED] ORDER                                           CR-11-00853-CAS

           individuals with whom he will be staying while traveling; and

    (b)   proof of purchase of a return airplane ticket for travel back to Los Angeles on or about August 26, 2013.

Pretrial Services shall return defendant Calle's passport to him to allow him to use his passport during the above-described travel to Peru.

    (c)   Within twenty-four (24) hours of returning from Peru, defendant shall contact his assigned pre-trial services officer and, if requested, provide proof of his return to the United States

    (d)   Within twenty-four (24) hours of returning to the United States, defendant shall surrender his passport to his assigned pre-trial services officer.

All of the other conditions of defendant's pre-trial release entered on August 4, 2011, shall remain the same and in force.

IT IS SO ORDERED.

Dated: July 25, 2013

*[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER
United States Magistrate Judge

Cc:    Pretrial Services
        U.S. Probation